UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORIA BASARABA, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | Civil Action No. 4:14-cv-1558 |
| v. | § § | |
| PETROLOGISTICS LP, PETROLOGISTICS GP LLC, PROPYLENE HOLDINGS LLC, JAIME BUEHL-REICHARD, ALAN E. GOLDBERG, LANCE L. HIRT, ZALMIE JACOBS, PHILLIP D. KRAMER, ROBERT D. LINDSAY, DAVID LUMPKINS, NATHAN L. TICATCH, JOHN B. WALKER, ANDREW S. WEINBERG, HALLIE A. VANDERHIDER, FLINT HILLS RESOURCES, LLC, and FHR PROPYLENE LLC, | § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gloria Basaraba, by her undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants.

DATED: September 4, 2014.

Respectfully submitted,

 */s/ Thomas E. Bilek*
THOMAS E. BILEK
TX Bar No. 02313525 / SDTX Bar No. 9338
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX  77002
(713) 227-7720

**ATTORNEYS FOR PLAINTIFF**

OF COUNSEL:

Juan E. Monteverde
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, Tenth Floor
New York, NY  10017
Tel:  212-983-9330
Fax:  212-983-9331

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via this District's CM/ECF system on September 3, 2014, which caused an electronic copy of same to be served automatically upon all counsel of record.

                                        */s/ Thomas E. Bilek*
                                        Thomas E. Bilek